**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: THE UPPER CRUST, INC. | § Case No. 09-13295-JS |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 15, 2009. The undersigned trustee was appointed on April 14, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         10,602.30

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 2,075.00 |
| Administrative expenses | 756.45 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $         7,770.85 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was 12/21/2009 and the deadline for filing governmental claims was 12/21/2009.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

     7. The Trustee's proposed distribution is attached as **Exhibit D** .

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,810.23.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $1,500.00, for a total compensation of $1,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $350.00, for total expenses of $350.00.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/18/2010                By:/s/DAVID GROCHOCINSKI, TRUSTEE
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-13295-JS  
**Case Name:** THE UPPER CRUST, INC.  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 07/15/09 (c)  
**§341(a) Meeting Date:** 08/25/09  

**Period Ending:** 10/18/10  

**Claims Bar Date:** 12/21/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | CASH | 350.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING | 1,005.00 | 1,005.00 | | 5,698.96 | FA |
| 3 | SECURITY DEPOSIT | 4,200.00 | 4,200.00 | DA | 0.00 | FA |
| 4 | RECEIVABLES | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 5 | OFFICE EQUIPMENT | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 6 | MACHINERY ETC. | 8,016.00 | 8,016.00 | | 4,900.00 | FA |
| 7 | INVENTORY | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.34 | Unknown |
| 8 | Assets Totals (Excluding unknown values) | **$25,071.00** | **$24,721.00** | | **$10,602.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

COLLECTED FUNDS FROM BANK ACCOUNTS; SOLD PHYSICAL ASSETS OF RESTAURANT; PAID SECURED CREDITOR AND RETAINED SOME FUNDS UNDER 506(C); ACCOUNTANT TO BE EMPLOYED FOR FINAL TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** December 30, 2011    **Current Projected Date Of Final Report (TFR):** June 30, 2011

Printed: 10/18/2010 09:23 AM    V.12.54

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-13295-JS  
**Case Name:** THE UPPER CRUST, INC.  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*07-65 - Money Market Account  

**Taxpayer ID #:** \*\*-\*\*\*4997  
**Period Ending:** 10/18/10  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/26/09 | {2} | LISLE SAVINGS BANK | TURNOVER OF FUNDS | 1129-000 | 2,253.53 | | 2,253.53 |
| 10/26/09 | {2} | LISLE SAVINGS BANK | TURNOVER OF FUNDS | 1129-000 | 3,445.43 | | 5,698.96 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 5,698.98 |
| 11/18/09 | {6} | JAMES MILLER | SALE OF ASSETS | 1129-000 | 4,900.00 | | 10,598.98 |
| 11/20/09 | 1001 | SYED MOUSAVI | PER ORDER OF 11/13/09 | 2410-000 | | 750.00 | 9,848.98 |
| 11/24/09 | 1002 | BANK OF AMERICA | PER ORDER OF 11/13/09/RELEASE OF LIENS | 4220-000 | | 2,075.00 | 7,773.98 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,774.29 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 7,774.67 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,775.00 |
| 02/05/10 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-13295, BOND#016026455 | 2300-000 | | 6.45 | 7,768.55 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,768.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.34 | | 7,769.18 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 7,769.23 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*0765 | Wire out to BNYM account 9200\*\*\*\*\*\*0765 | 9999-000 | -7,769.23 | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 2,831.45 | 2,831.45 | $0.00 |
| Less: Bank Transfers | -7,769.23 | 0.00 | |
| **Subtotal** | 10,600.68 | 2,831.45 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,600.68** | **$2,831.45** | |

{} Asset reference(s)

Printed: 10/18/2010 09:23 AM    V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-13295-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | THE UPPER CRUST, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****07-66 - Checking Account |
| Taxpayer ID #: | **-***4997 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/18/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 10/18/2010 09:23 AM    V.12.54

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-13295-JS  
**Case Name:** THE UPPER CRUST, INC.  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******07-65 - Money Market Account  

**Taxpayer ID #:** **-***4997  
**Period Ending:** 10/18/10  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0765 | Wire in from JPMorgan Chase Bank, N.A. account ********0765 | 9999-000 | 7,769.23 | | 7,769.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.26 | | 7,769.49 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,769.82 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,770.14 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,770.47 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,770.79 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,770.85 |
| | | | **ACCOUNT TOTALS** | | **7,770.85** | **0.00** | **$7,770.85** |
| | | | Less: Bank Transfers | | 7,769.23 | 0.00 | |
| | | | **Subtotal** | | **1.62** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.62** | **$0.00** | |

{} Asset reference(s)

Printed: 10/18/2010 09:23 AM    V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-13295-JS | | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| **Case Name:** | THE UPPER CRUST, INC. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******07-66 - Checking Account |
| **Taxpayer ID #:** | **-***4997 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 10/18/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts :  10,602.30
_____
Net Estate :  $10,602.30

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****07-65** | 10,600.68 | 2,831.45 | 0.00 |
| **Checking # ***-*****07-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******07-65** | 1.62 | 0.00 | 7,770.85 |
| **Checking # 9200-******07-66** | 0.00 | 0.00 | 0.00 |
| | $10,602.30 | $2,831.45 | $7,770.85 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-13295-JS
Case Name: THE UPPER CRUST, INC.
Trustee Name: DAVID GROCHOCINSKI, TRUSTEE

**Balance on hand:** $ 7,770.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,770.85

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,500.00 | 0.00 | 1,500.00 |
| Trustee, Expenses - DAVID GROCHOCINSKI, TRUSTEE | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2,182.50 | 0.00 | 2,182.50 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 59.13 | 0.00 | 59.13 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 2,520.00 | 0.00 | 2,520.00 |

Total to be paid for chapter 7 administration expenses:  $   6,611.63
Remaining balance:  $   1,159.22

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $89,866.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | UNITED STATES TREASURY | 116.70 | 0.00 | 8.30 |
|  | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | 488.63 | 0.00 | 34.73 |
|  | JP MORGAN CHASE | 211.51 | 0.00 | 15.04 |
|  | JP MORGAN CHASE | 904.32 | 0.00 | 64.28 |
| 10P-2 | Illinois Department of Revenue | 4,236.25 | 0.00 | 0.00 |
| 12 | Jacob Eaton | 875.00 | 0.00 | 62.21 |
| 13 | Lynn Horejs | 346.00 | 0.00 | 24.60 |
| 14 | Sylvia Sanders | 1,400.00 | 0.00 | 99.52 |
| 15 | Fernando Ruiz | 2,450.00 | 0.00 | 174.17 |
| 17 | Ana Alvarado | 3,110.25 | 0.00 | 221.09 |
| 18 | Lucia Alvarado | 1,842.00 | 0.00 | 130.95 |
| 19 | Maria Alvarado | 1,937.00 | 0.00 | 137.70 |
| 20 | Eloise Aguilar | 2,625.71 | 0.00 | 186.65 |
| 21 | Illinois Department of Revenue | 8,244.37 | 0.00 | 0.00 |
| 23P | Internal Revenue Service | 59,160.60 | 0.00 | 0.00 |
| 24P | Illinois Department of Employment Security | 1,918.23 | 0.00 | 0.00 |

Total to be paid for priority claims:   $          1,159.24
Remaining balance:   $              -0.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 462,744.67 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Val and Rosemary Coler | 46,930.67 | 0.00 | 0.00 |
| 2 | John Zydowicz | 218,386.33 | 0.00 | 0.00 |
| 3 | Bake Mark USA LLC | 9,981.74 | 0.00 | 0.00 |
| 4 | Advance Me, Inc. | 37,110.45 | 0.00 | 0.00 |
| 5 | Molly Heller | 10,488.11 | 0.00 | 0.00 |
| 6 | Dell Financial Services, LLC | 271.19 | 0.00 | 0.00 |
| 7 | ComEd | 381.70 | 0.00 | 0.00 |
| 8 | American Express Bank FSB | 13,718.83 | 0.00 | 0.00 |
| 9 | Cintas | 538.23 | 0.00 | 0.00 |
| 10U-2 | Illinois Department of Revenue | 25.00 | 0.00 | 0.00 |
| 11 | Bake Mark USA LLC | 8,703.20 | 0.00 | 0.00 |
| 16 | Paychex Inc | 193.42 | 0.00 | 0.00 |
| 22 | Dr. Syed Mousavi | 116,015.80 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ -0.02

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 26,675.41 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 23U | Internal Revenue Service | 26,525.41 | 0.00 | 0.00 |
| 24U | Illinois Department of Employment Security | 150.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ -0.02

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ -0.02

**UST Form 101-7-TFR (10/1/2010)**