# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: THE UPPER CRUST, INC. § | Case No. 09-13295-JS |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　Clerk of U.S. Bankruptcy Court
　　219 S. Dearborn Street
　　Chicago, IL  60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/10/2010 in Courtroom 4016, United States Courthouse, DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/04/2010          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                                           Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: THE UPPER CRUST, INC.　　§　Case No. 09-13295-JS
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　§

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 10,602.36 |
| *and approved disbursements of* | $ 2,831.45 |
| *leaving a balance on hand of* [1] | $ 7,770.91 |
| **Balance on hand:** | $ 7,770.91 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,770.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 1,500.00 | 0.00 | 1,500.00 |
| Trustee, Expenses - DAVID GROCHOCINSKI, TRUSTEE | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 2,182.50 | 0.00 | 2,182.50 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 59.13 | 0.00 | 59.13 |
| Accountant for Trustee, Fees - SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 2,520.00 | 0.00 | 2,520.00 |

Total to be paid for chapter 7 administration expenses:   $    6,611.63
Remaining balance:   $    1,159.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $89,866.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | UNITED STATES TREASURY | 116.70 | 0.00 | 8.30 |
| | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | 488.63 | 0.00 | 34.73 |
| | JP MORGAN CHASE | 211.51 | 0.00 | 15.04 |
| | JP MORGAN CHASE | 904.32 | 0.00 | 64.28 |
| 10P-2 | Illinois Department of Revenue | 4,236.25 | 0.00 | 0.00 |
| 12 | Jacob Eaton | 875.00 | 0.00 | 62.21 |
| 13 | Lynn Horejs | 346.00 | 0.00 | 24.60 |
| 14 | Sylvia Sanders | 1,400.00 | 0.00 | 99.52 |
| 15 | Fernando Ruiz | 2,450.00 | 0.00 | 174.17 |
| 17 | Ana Alvarado | 3,110.25 | 0.00 | 221.09 |
| 18 | Lucia Alvarado | 1,842.00 | 0.00 | 130.95 |
| 19 | Maria Alvarado | 1,937.00 | 0.00 | 137.70 |
| 20 | Eloise Aguilar | 2,625.71 | 0.00 | 186.65 |
| 21 | Illinois Department of Revenue | 8,244.37 | 0.00 | 0.00 |
| 23P | Internal Revenue Service | 59,160.60 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 24P | Illinois Department of Employment Security | 1,918.23 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 1,159.24 |
| Remaining balance: | $ 0.04 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 462,744.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Val and Rosemary Coler | 46,930.67 | 0.00 | 0.00 |
| 2 | John Zydowicz | 218,386.33 | 0.00 | 0.00 |
| 3 | Bake Mark USA LLC | 9,981.74 | 0.00 | 0.00 |
| 4 | Advance Me, Inc. | 37,110.45 | 0.00 | 0.00 |
| 5 | Molly Heller | 10,488.11 | 0.00 | 0.00 |
| 6 | Dell Financial Services, LLC | 271.19 | 0.00 | 0.00 |
| 7 | ComEd | 381.70 | 0.00 | 0.00 |
| 8 | American Express Bank FSB | 13,718.83 | 0.00 | 0.00 |
| 9 | Cintas | 538.23 | 0.00 | 0.00 |
| 10U-2 | Illinois Department of Revenue | 25.00 | 0.00 | 0.00 |
| 11 | Bake Mark USA LLC | 8,703.20 | 0.00 | 0.00 |
| 16 | Paychex Inc | 193.42 | 0.00 | 0.00 |
| 22 | Dr. Syed Mousavi | 116,015.80 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.04 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 26,675.41 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23U | Internal Revenue Service | 26,525.41 | 0.00 | 0.00 |
| 24U | Illinois Department of Employment Security | 150.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.04

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.04

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley                  Page 1 of 2                   Date Rcvd: Nov 08, 2010
Case: 09-13295                Form ID: pdf006               Total Noticed: 57

The following entities were noticed by first class mail on Nov 10, 2010.
db          +The Upper Crust, Inc.,    1045 Burlington Ave,    Suite 3,    Lisle, IL 60532-1959
aty         +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
aty         +Kathleen McGuire,    Grochocinski, Grochocinski & Lloyd, Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Michael A Phelps,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
13785088    +ADT Security Services,    PO Box 650485,    Dallas, TX 75265-0485
13785085   ++++ARMOR PEST CONTROL,    14319 S NAPERVILLE RD,    PLAINFIELD IL 60544-3301
             (address filed with court: Armor Pest Control,     1501 N. Naperville Rd.,    Plainfield, IL 60544)
13785090     AT&T,    PO Box 8100,    Aurora, IL 60507-8100
13785077    +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
14044088     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13785086    +American Marketing & Publishing LLC,    PO Box 982,    Dekalb, IL 60115-0982
14527726    +Ana Alvarado,    4638 S Sawyer,    Chicago, IL 60632-2908
13785076    +Bake Mark USA LLC,    N92 W14401 Anthony Ave.,    Menomonee Falls, WI 53051-1630
13785074    +Bank of America,    NC1-001-07-06,    101 N. Tryon St,    Charlotte, NC 28246-0100
13785078    +CTI Business Card,    PO Box 688901,    Des Moines, IA 50368-8901
13785079    +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
13785097    +Charles and Susan D'Urso,    926 White Birch Lane,    Westmont, IL 60559-1096
13785082    +Cintas,    PO Box 7759,    Romeoville, IL 60446-0759
13785092     Comcast Cable,    PO Box 3001,    Southeastern, PA 19398-3001
14025972     DELL FINANCIAL SERVICES, LLC,    Collections/Consumer Bankruptcy,    12234B North I-35,
              Austin, TX  78753-1705,    (800) 955-3355, ext. 7230302
13785084    +Darling International,    3000 W. Wireton Rd.,    Blue Island, IL 60406-1861
13785083     Dell Financial,    PO Box 5292,    Carol Stream, IL 60197-5292
13785070    +Dr. Syed Mousavi,    c/o Arthur W Rummler,    799 Roosevelt Rd Ste 2-104,
              Glen Ellyn, IL 60137-5919
14527730    +Eloise Aguilar,    4638 S Sawyer,    Chicago, IL 60632-2908
14527723    +Fernando Ruiz,    6124 S Mozart,    Chicago, IL 60629-2334
13785081    +Food Concepts, Inc.,    2551 Parmenter St.,    Middleton, WI 53562-2609
13785072    +IL Dept Revenue,    attn: Ralph Grant,    100% Penalty Unit,    PO Box 19035,
              Springfield, IL 62794-9035
14142122   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
              100 W. Randolph St., #7-400,    Chicago, IL 60601)
14527691   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    PO Box 21126,    Philadelphia PA 19114)
15480321   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
              Stop N781,    P.O Box 21126,    Philadelphia, Pa 19114)
15672066    +Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14527717    +Illinois Department of Revenue,    POB 19035,    Springfield, IL 62794-9035
13785073     Internal Revenue Service,    Attn: Mr. R.R. Baker,    2001 Butterfield Rd,    5338 WSB,
              Downers Grove, IL 60532-1959
14527719    +Jacob Eaton,    4621 Yender Ave,    Lisle, IL 60532-1567
13785094    +John Zydowicz,    5815 Oakwood Drive, Unit D,    Lisle, IL 60532-2945
14527715    +LaSalle Bank National Assoc,    135 S LaSalle Street,    Chicago, IL 60603-4177
14527724    +Lucia Alvarado,    4638 S Sawyer,    Chicago, IL 60632-2908
14527720    +Lupe Alvarez,    3705 S Howore,    Chicago, IL 60609-2049
14527722    +Lynn Horejs,    3825 Cuyler,    Berwyn, IL 60402-4007
13785080    +M&M Special Events Co,    PO Box 5940,    Carol Stream, IL 60197-5940
14527725    +Maria Alvarado,    4638 S Sawyer,    Chicago, IL 60632-2908
13785096    +Molly Heller,    1300 68th Street,    Downers Grove, IL 60516-3323
14527718    +Paul Hindo,    5885 Forest View,    Lisle, IL 60532-2900
13785087    +Susan Fregeau,    622 Newport Ave.,    Westmont, IL 60559-1259
14527721    +Sylvia Sanders,    500 Monroe Rd,    Bolingbrook, IL 60440-2025
13785071    +US Food Service,    800 Supreme Drive,    Bensenville, IL 60106-1107
13785095    +Val and Rosemary Coler,    5359 South Newcastle Ave.,    Chicago, IL 60638-1105

The following entities were noticed by electronic transmission on Nov 08, 2010.
aty          +E-mail/Text: BBAGDADY@COMCAST.NET                            Bryan R Bagdady,    Bryan R Bagdady PC,
              1834 Walden Office Square,    Suite 500,    Schaumburg, IL 60173-4298
13785075    +E-mail/Text: rklepak@capitalaccessnetwork.com                           Advance Me, Inc.,
              2015 Vaughn Rd.,    Bld 500,    Kennesaw, GA 30144-7801
14527716    +E-mail/Text: rklepak@capitalaccessnetwork.com                           Birdsong Services,
              POB 2028,    Woodstock, GA 30188-1372
13785089    +E-mail/Text: legalcollections@comed.com                           ComEd,    2100 Swift Drive,
              Oakbrook, IL 60523-1559
13785091     E-mail/Text: bankrup@nicor.com                           Nicor Gas,    PO Box 2020,
              Aurora, IL 60507-2020
```

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: Nov 08, 2010
Case: 09-13295                Form ID: pdf006          Total Noticed: 57

The following entities were noticed by electronic transmission (continued)
14604747     +E-mail/Text: dladwig@paychex.com                    Paychex Inc,   1175 John Street,
              W Henrietta, NY 14586-9199
13785093      E-mail/Text: dladwig@paychex.com                    Paychex, Inc.,   PO Box 4482,
              Carol Stream, IL 60197-4482
                                                                                                 TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2010**                    **Signature:**    _Joseph Speetjens_