**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: THE UPPER CRUST, INC.　　　　　　　§　Case No. 09-13295-JS
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $16,050.00　　　　　　　　Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,234.35　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $574,610.28

Total Expenses of Administration: $7,368.08

---

　　　3) Total gross receipts of $　10,602.43　(see **Exhibit 1**), minus funds paid to the debtor and third parties of $　0.00　(see **Exhibit 2**), yielded net receipts of $10,602.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $21,265.41 | $21,265.41 | $2,075.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,428.31 | 7,368.08 | 7,368.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 88,145.41 | 89,866.57 | 1,159.35 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 489,420.08 | 489,420.08 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $607,259.21 | $607,920.14 | $10,602.43 |

    4) This case was originally filed under Chapter 7 on July 15, 2009. The case was pending for 25 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2011          By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING | 1129-000 | 5,698.96 |
| MACHINERY ETC. | 1129-000 | 4,900.00 |
| Interest Income | 1270-000 | 3.47 |
| **TOTAL GROSS RECEIPTS** | | **$10,602.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10S-2 | Illinois Department of Revenue | 4300-000 | N/A | 19,190.41 | 19,190.41 | 0.00 |
| | BANK OF AMERICA | 4220-000 | N/A | 2,075.00 | 2,075.00 | 2,075.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$21,265.41** | **$21,265.41** | **$2,075.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 1,810.23 | 1,500.00 | 1,500.00 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 350.00 | 350.00 | 350.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | | N/A | 3,020.00 | 2,520.00 | 2,520.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | | N/A | 2,432.50 | 2,182.50 | 2,182.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | | N/A | 59.13 | 59.13 | 59.13 |
| SYED MOUSAVI | 2410-000 | | N/A | 750.00 | 750.00 | 750.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 6.45 | 6.45 | 6.45 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 8,428.31 | 7,368.08 | 7,368.08 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF REVENUE | 5300-000 | N/A | N/A | 437.58 | 31.11 |
| | JP MORGAN CHASE | 5300-000 | N/A | N/A | 904.32 | 64.29 |
| | JP MORGAN CHASE | 5300-000 | N/A | N/A | 211.51 | 15.04 |
| | JP MORGAN CHASE | 5300-000 | N/A | N/A | 3,646.49 | 259.25 |
| | JP MORGAN CHASE | 5800-000 | N/A | N/A | 904.32 | 64.29 |
| | JP MORGAN CHASE | 5800-000 | N/A | N/A | 211.51 | 15.04 |
| | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | 5800-000 | N/A | N/A | 488.63 | 34.74 |
| | UNITED STATES TREASURY | 5800-000 | N/A | N/A | 116.70 | 8.30 |
| 10P-2 | Illinois Department of Revenue | 5800-000 | N/A | 4,236.25 | 4,236.25 | 0.00 |
| 12 | Jacob Eaton | 5300-000 | N/A | 875.00 | 563.06 | 40.03 |
| 13 | Lynn Horejs | 5300-000 | N/A | 346.00 | 222.65 | 15.83 |
| 14 | Sylvia Sanders | 5300-000 | N/A | 1,400.00 | 900.90 | 64.05 |
| 15 | Fernando Ruiz | 5300-000 | N/A | 2,450.00 | 1,576.57 | 112.08 |
| 17 | Ana Alvarado | 5300-000 | N/A | 3,110.25 | 2,001.44 | 142.29 |
| 18 | CLERK, U.S. BANKRUPTCY COURT - Lucia Alvarado | 5300-001 | N/A | 1,842.00 | 1,185.33 | 84.27 |
| 19 | CLERK, U.S. BANKRUPTCY COURT - Maria Alvarado | 5300-001 | N/A | 1,937.00 | 1,246.46 | 88.62 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Eloise Aguilar | 5300-000 | N/A | 2,625.71 | 1,689.65 | 120.12 |
| 21 | Illinois Department of Revenue | 5800-000 | N/A | 8,244.37 | 8,244.37 | 0.00 |
| 23P | Internal Revenue Service | 5800-000 | N/A | 59,160.60 | 59,160.60 | 0.00 |
| 24P | Illinois Department of Employment Security | 5800-000 | N/A | 1,918.23 | 1,918.23 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 88,145.41 | 89,866.57 | 1,159.35 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Val and Rosemary Coler | 7100-000 | N/A | 46,930.67 | 46,930.67 | 0.00 |
| 2 | John Zydowicz | 7100-000 | N/A | 218,386.33 | 218,386.33 | 0.00 |
| 3 | Bake Mark USA LLC | 7100-000 | N/A | 9,981.74 | 9,981.74 | 0.00 |
| 4 | Advance Me, Inc. | 7100-000 | N/A | 37,110.45 | 37,110.45 | 0.00 |
| 5 | Molly Heller | 7100-000 | N/A | 10,488.11 | 10,488.11 | 0.00 |
| 6 | Dell Financial Services, LLC | 7100-000 | N/A | 271.19 | 271.19 | 0.00 |
| 7 | ComEd | 7100-000 | N/A | 381.70 | 381.70 | 0.00 |
| 8 | American Express Bank FSB | 7100-000 | N/A | 13,718.83 | 13,718.83 | 0.00 |
| 9 | Cintas | 7100-000 | N/A | 538.23 | 538.23 | 0.00 |
| 10U-2 | Illinois Department of Revenue | 7100-000 | N/A | 25.00 | 25.00 | 0.00 |
| 11 | Bake Mark USA LLC | 7100-000 | N/A | 8,703.20 | 8,703.20 | 0.00 |
| 16 | Paychex Inc | 7100-000 | N/A | 193.42 | 193.42 | 0.00 |
| 22 | Dr. Syed Mousavi | 7100-000 | N/A | 116,015.80 | 116,015.80 | 0.00 |
| 23U | Internal Revenue Service | 7200-000 | N/A | 26,525.41 | 26,525.41 | 0.00 |
| 24U | Illinois Department of Employment Security | 7200-000 | N/A | 150.00 | 150.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 489,420.08 | 489,420.08 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-13295-JS  
**Case Name:** THE UPPER CRUST, INC.  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 07/15/09 (c)  
**§341(a) Meeting Date:** 08/25/09  

**Period Ending:** 08/09/11  

**Claims Bar Date:** 12/21/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 350.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING | 1,005.00 | 1,005.00 | | 5,698.96 | FA |
| 3 | SECURITY DEPOSIT | 4,200.00 | 4,200.00 | DA | 0.00 | FA |
| 4 | RECEIVABLES | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 5 | OFFICE EQUIPMENT | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 6 | MACHINERY ETC. | 8,016.00 | 8,016.00 | | 4,900.00 | FA |
| 7 | INVENTORY | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.47 | FA |
| 8 | Assets Totals (Excluding unknown values) | **$25,071.00** | **$24,721.00** | | **$10,602.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

    COLLECTED FUNDS FROM BANK ACCOUNTS; SOLD PHYSICAL ASSETS OF RESTAURANT; PAID SECURED CREDITOR AND RETAINED SOME FUNDS UNDER 506(C); ACCOUNTANT TO BE EMPLOYED FOR FINAL TAX RETURNS; FINAL REPORT APPROVED AND FUNDS ISSUED; AWAITING CLEARANCE OF CHECKS FOR FINAL ACCOUNT

**Initial Projected Date Of Final Report (TFR):** December 30, 2011    **Current Projected Date Of Final Report (TFR):** November 4, 2010 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-13295-JS  
**Case Name:** THE UPPER CRUST, INC.

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****07-65 - Money Market Account

**Taxpayer ID #:** **-***4997  
**Period Ending:** 08/09/11

**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/26/09 | {2} | LISLE SAVINGS BANK | TURNOVER OF FUNDS | 1129-000 | 2,253.53 | | 2,253.53 |
| 10/26/09 | {2} | LISLE SAVINGS BANK | TURNOVER OF FUNDS | 1129-000 | 3,445.43 | | 5,698.96 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 5,698.98 |
| 11/18/09 | {6} | JAMES MILLER | SALE OF ASSETS | 1129-000 | 4,900.00 | | 10,598.98 |
| 11/20/09 | 1001 | SYED MOUSAVI | PER ORDER OF 11/13/09 | 2410-000 | | 750.00 | 9,848.98 |
| 11/24/09 | 1002 | BANK OF AMERICA | PER ORDER OF 11/13/09/RELEASE OF LIENS | 4220-000 | | 2,075.00 | 7,773.98 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,774.29 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 7,774.67 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,775.00 |
| 02/05/10 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-13295, BOND#016026455 | 2300-000 | | 6.45 | 7,768.55 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,768.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.34 | | 7,769.18 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 7,769.23 |
| 04/06/10 | | Wire out to BNYM account 9200******0765 | Wire out to BNYM account 9200******0765 | 9999-000 | -7,769.23 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,831.45 | 2,831.45 | $0.00 |
| | | | Less: Bank Transfers | | -7,769.23 | 0.00 | |
| | | | **Subtotal** | | 10,600.68 | 2,831.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,600.68** | **$2,831.45** | |

{} Asset reference(s)

Printed: 08/09/2011 09:03 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-13295-JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| --- | --- | --- | --- |
| Case Name: | THE UPPER CRUST, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****07-66 - Checking Account |
| Taxpayer ID #: | **-***4997 | Blanket Bond: | N/A |
| Period Ending: | 08/09/11 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 08/09/2011 09:03 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-13295-JS  
**Case Name:** THE UPPER CRUST, INC.

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******07-65 - Money Market Account

**Taxpayer ID #:** **-***4997  
**Period Ending:** 08/09/11

**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0765 | Wire in from JPMorgan Chase Bank, N.A. account ********0765 | 9999-000 | 7,769.23 | | 7,769.23 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.26 | | 7,769.49 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,769.82 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,770.14 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,770.47 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.32 | | 7,770.79 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,770.85 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,770.91 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,770.97 |
| 12/10/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 7,770.98 |
| 12/10/10 | | To Account #9200******0766 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 7,770.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,770.98 | 7,770.98 | **$0.00** |
| | | | Less: Bank Transfers | | 7,769.23 | 7,770.98 | |
| | | | **Subtotal** | | 1.75 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.75** | **$0.00** | |

{} Asset reference(s)

Printed: 08/09/2011 09:03 AM    V.12.57

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 09-13295-JS | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Case Name:** THE UPPER CRUST, INC. | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | 9200-******07-66 - Checking Account |
| **Taxpayer ID #:** **-***4997 | **Blanket Bond:** | N/A |
| **Period Ending:** 08/09/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/10/10 | | From Account #9200******0765 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 7,770.98 | | 7,770.98 |
| 12/14/10 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $1,500.00, Trustee Compensation; Reference: | 2100-000 | | 1,500.00 | 6,270.98 |
| 12/14/10 | 10102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $350.00, Trustee Expenses; Reference: | 2200-000 | | 350.00 | 5,920.98 |
| 12/14/10 | 10103 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $2,520.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,520.00 | 3,400.98 |
| 12/14/10 | 10104 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $2,182.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,182.50 | 1,218.48 |
| 12/14/10 | 10105 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $59.13, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 59.13 | 1,159.35 |
| 12/14/10 | 10106 | JP MORGAN CHASE | Dividend paid 7.10% on $3,646.49; Filed: $0.00 for Federal W/H Voided on 12/14/10 | 5300-000 | | 259.25 | 900.10 |
| 12/14/10 | 10106 | JP MORGAN CHASE | Dividend paid 7.10% on $3,646.49; Filed: $0.00 for Federal W/H Voided: check issued on 12/14/10 | 5300-000 | | -259.25 | 1,159.35 |
| 12/14/10 | 10107 | JP MORGAN CHASE | Dividend paid 7.10% on $904.32; Filed: $0.00 for FICA Voided on 12/14/10 | 5300-000 | | 64.29 | 1,095.06 |
| 12/14/10 | 10107 | JP MORGAN CHASE | Dividend paid 7.10% on $904.32; Filed: $0.00 for FICA Voided: check issued on 12/14/10 | 5300-000 | | -64.29 | 1,159.35 |
| 12/14/10 | 10108 | JP MORGAN CHASE | Dividend paid 7.10% on $211.51; Filed: $0.00 for Medicare Voided on 12/14/10 | 5300-000 | | 15.04 | 1,144.31 |
| 12/14/10 | 10108 | JP MORGAN CHASE | Dividend paid 7.10% on $211.51; Filed: $0.00 for Medicare Voided: check issued on 12/14/10 | 5300-000 | | -15.04 | 1,159.35 |
| 12/14/10 | 10109 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid 7.10% on $437.58; Filed: $0.00 for State W/H | 5300-000 | | 31.11 | 1,128.24 |
| 12/14/10 | 10110 | JP MORGAN CHASE | Dividend paid 7.10% on $904.32; Filed: $0.00 for FICA Voided on 12/14/10 | 5800-000 | | 64.29 | 1,063.95 |
| 12/14/10 | 10110 | JP MORGAN CHASE | Dividend paid 7.10% on $904.32; Filed: $0.00 for FICA Voided: check issued on 12/14/10 | 5800-000 | | -64.29 | 1,128.24 |

Subtotals :   $7,770.98   $6,642.74

{} Asset reference(s)                                        Printed: 08/09/2011 09:03 AM   V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-13295-JS  
**Case Name:** THE UPPER CRUST, INC.  
**Taxpayer ID #:** **-***4997  
**Period Ending:** 08/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******07-66 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/10 | 10111 | JP MORGAN CHASE | Dividend paid 7.10% on $211.51; Filed: $0.00 for Medicare<br>Voided on 12/14/10 | 5800-000 | | 15.04 | 1,113.20 |
| 12/14/10 | 10111 | JP MORGAN CHASE | Dividend paid 7.10% on $211.51; Filed: $0.00 for Medicare<br>Voided: check issued on 12/14/10 | 5800-000 | | -15.04 | 1,128.24 |
| 12/14/10 | 10112 | UNITED STATES TREASURY | Dividend paid 7.10% on $116.70; Filed: $0.00 for FUTA<br>Voided on 12/14/10 | 5800-000 | | 8.30 | 1,119.94 |
| 12/14/10 | 10112 | UNITED STATES TREASURY | Dividend paid 7.10% on $116.70; Filed: $0.00 for FUTA<br>Voided: check issued on 12/14/10 | 5800-000 | | -8.30 | 1,128.24 |
| 12/14/10 | 10113 | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | Dividend paid 7.10% on $488.63; Filed: $0.00 for SUTA | 5800-000 | | 34.74 | 1,093.50 |
| 12/14/10 | 10114 | Jacob Eaton | Dividend paid 7.10% on $563.06; Claim# 12; Filed: $875.00; Reference: | 5300-000 | | 40.03 | 1,053.47 |
| 12/14/10 | 10115 | Lynn Horejs | Dividend paid 7.10% on $222.65; Claim# 13; Filed: $346.00; Reference: | 5300-000 | | 15.83 | 1,037.64 |
| 12/14/10 | 10116 | Sylvia Sanders | Dividend paid 7.10% on $900.90; Claim# 14; Filed: $1,400.00; Reference: | 5300-000 | | 64.05 | 973.59 |
| 12/14/10 | 10117 | Fernando Ruiz | Dividend paid 7.10% on $1,576.57; Claim# 15; Filed: $2,450.00; Reference: | 5300-000 | | 112.08 | 861.51 |
| 12/14/10 | 10118 | Ana Alvarado | Dividend paid 7.10% on $2,001.44; Claim# 17; Filed: $3,110.25; Reference: | 5300-000 | | 142.29 | 719.22 |
| 12/14/10 | 10119 | Lucia Alvarado | Dividend paid 7.10% on $1,185.33; Claim# 18; Filed: $1,842.00; Reference:<br>Stopped on 12/30/10 | 5300-000 | | 84.27 | 634.95 |
| 12/14/10 | 10120 | Maria Alvarado | Dividend paid 7.10% on $1,246.46; Claim# 19; Filed: $1,937.00; Reference:<br>Stopped on 12/30/10 | 5300-000 | | 88.62 | 546.33 |
| 12/14/10 | 10121 | Eloise Aguilar | Dividend paid 7.10% on $1,689.65; Claim# 20; Filed: $2,625.71; Reference: | 5300-000 | | 120.12 | 426.21 |
| 12/14/10 | 10122 | Mellon Bank | Dividend paid 7/10% on $904.32; Filed: $0.00 for FICA | 5300-000 | | 64.29 | 361.92 |
| 12/14/10 | 10123 | Mellon Bank | Dividen paid 7.10% on $211.51; Filed: $0.00 for Medicare | 5300-000 | | 15.04 | 346.88 |
| 12/14/10 | 10124 | Mellon Bank | Dividert paid 7.10% on $3,646.49; Filed $0.00 for Federal W/H | 5300-000 | | 259.25 | 87.63 |
| 12/14/10 | 10125 | Mellon Bank | Dividend Paid 7.10% on $904.32; Filed $0.00 | 5800-000 | | 64.29 | 23.34 |

Subtotals :  $0.00   $1,104.90

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 09-13295-JS  
**Case Name:** THE UPPER CRUST, INC.  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******07-66 - Checking Account  

**Taxpayer ID #:** **-***4997  
**Period Ending:** 08/09/11  

**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | for FICA | | | | |
| 12/14/10 | 10126 | Mellon Bank | Divident piad 7.10% on $211.51; Filed $0.00 for Medicare | 5800-000 | | 15.04 | 8.30 |
| 12/14/10 | 10127 | UNITED STATES TREASURY | Dividend paid 7.10% on $116.70; Filed $0.00 for FUTA | 5800-000 | | 8.30 | 0.00 |
| 12/30/10 | 10119 | Lucia Alvarado | Dividend paid  7.10% on $1,185.33; Claim# 18; Filed: $1,842.00; Reference: Stopped: check issued on 12/14/10 | 5300-000 | | -84.27 | 84.27 |
| 12/30/10 | 10120 | Maria Alvarado | Dividend paid  7.10% on $1,246.46; Claim# 19; Filed: $1,937.00; Reference: Stopped: check issued on 12/14/10 | 5300-000 | | -88.62 | 172.89 |
| 05/25/11 | 10128 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS Stopped on 06/23/11 | 5300-000 | | 172.89 | 0.00 |
| 06/23/11 | 10128 | CLERK, U.S. BANKRUPTCY COURT | UNCLAIMED FUNDS Stopped: check issued on 05/25/11 | 5300-000 | | -172.89 | 172.89 |
| 06/23/11 | 10129 | CLERK, U.S. BANKRUPTCY COURT | | | | 172.89 | 0.00 |
| | | | 84.27 | 5300-001 | | | 0.00 |
| | | | 88.62 | 5300-001 | | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 7,770.98 | 7,770.98 | $0.00 |
| Less: Bank Transfers | 7,770.98 | 0.00 | |
| **Subtotal** | 0.00 | 7,770.98 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$7,770.98** | |

Net Receipts :   10,602.43  
Net Estate :   $10,602.43

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****07-65 | 10,600.68 | 2,831.45 | 0.00 |
| Checking # ***-*****07-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******07-65 | 1.75 | 0.00 | 0.00 |
| Checking # 9200-******07-66 | 0.00 | 7,770.98 | 0.00 |
| | **$10,602.43** | **$10,602.43** | **$0.00** |

{} Asset reference(s)

Printed: 08/09/2011 09:03 AM    V.12.57